James P. Walsh (C.B.# 184620)
Peerapong Tantamjarik (C.B. # 230726)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111
Telephone: (415) 276-6500
Facsimile:  (415) 276-6599
Email:  budwalsh@dwt.com

Attorneys for Petitioner
NORA LUZ SERRATO

UNITED STATES ATTORNEY
Andrew Y.S. Cheng
Assistant United States Attorney
Northern District of California
450 Golden Gate Ave., 10th Floor
San Francisco, CA  94102
Telephone: (415) 436-6813
Facsimile:  (415) 436-6748
Email:  andrew.cheng@usdoj.gov

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LUZ SERRATO,<br><br>Petitioner,<br><br>vs.<br><br>SCHELIA A. CLARK, Warden, FCI Dublin, and HARLEY G. LAPPIN, in his official capacity as Director of Bureau of Prisons,<br><br>Respondents. | CV No. 05-3416-CRB<br><br>STIPULATED REQUEST FOR ORDER MOVING HEARING DATE ON PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION AND [Proposed] ORDER |

Pursuant to Local Rules 6-2, 7-7, and 7-12, counsel for the parties in this matter declare:

1. The Petitioner recently filed, on September 26, 2005, Petitioner's Motion for Preliminary Injunction with a noticed hearing date of November 4, 2005. However, Respondent's counsel is scheduled to be in a two-week jury trial from October 4, 2005 to October 17, 2005 and would have inadequate time to prepare an opposition to Petitioner's Motion.

2. The parties have agreed, through their respective counsel of record, that the hearing on the Motion for Preliminary Injunction shall be moved to Friday, November 18, 2005, so that Respondent's counsel shall have more time in which to prepare, serve and file papers in opposition to the Motion for Preliminary Injunction. The remaining briefing schedule shall be: opposition papers to be filed and served on or before October 28, 2005, and reply papers to be filed and served on or before November 4, 2005.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED between and among the parties hereto, by and through their respective undersigned counsel, that the hearing on Petitioner's Motion for Preliminary Injunction shall be moved from November 4, 2005 to November 18, 2005; and that the remaining briefing schedule on the Motion shall be: opposition papers to be filed and served on or before October 28, 2005, and reply papers to be filed and served on or before November 4, 2005.

DATED this 6th day of October, 2005

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  /s/ James P. Walsh
     James P. Walsh
     Attorneys for Petitioner


UNITED STATES ATTORNEY

By:  /s/ Andrew Y. S. Cheng
     Andrew Y.S. Cheng
     Attorneys for Respondents

**ORDER**

On October 6, 2005, the parties filed a stipulated request that the hearing on the Petitioner's Motion for Preliminary Injunction (the "Motion") be moved from November 4, 2005 to November 18, 2005; and that the remaining briefing schedule on the Motion shall be: opposition papers to be filed and served on or before October 28, 2005, and reply papers to be filed and served on or before November 4, 2005.

GOOD CAUSE APPEARING THEREFOR:

The parties' request to move the hearing date on the defendants' Amended Motion, from November 4, 2005 to November 18, 2005, is GRANTED.

The remaining briefing schedule on the Amended Motion shall be: opposition papers to be filed and served on or before October 28, 2005, and reply papers to be filed and served on or before November 4, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __7th__ day of October, 2005.

By: _____
Hon. Cha...
United St...



SFO 277376v1 50062-81094
CV No. 05-3416-CRB

1