IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA LUZ SERRATO,<br><br>          Petitioner,<br><br>     v.<br><br>SCHELIA A. CLARK, et al,<br><br>          Respondents._____/ | No. C 05-03416 CRB<br><br>**ORDER** |

The Court is in receipt of petitioner's Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action. Pursuant to 28 U.S.C. section 2253(c), the Court hereby GRANTS a certificate of appealability on all claims.

**IT IS SO ORDERED.**

Dated: January 19, 2006

/s/
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\3416\certificate of appealability.wpd